**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60457-CIV-SMITH**

CHRISTINE MARY GROVE,

    Plaintiff,

v.

FRANK BISIGNANO,
*Commissioner of the Social
Security Administration*,

    Defendant.
_____/

**ORDER AFFIRMING AND ADOPTING**
**<u>REPORT AND RECOMMENDATION</u>**

This matter is before the Court upon Magistrate Judge Alicia Valle's Report and Recommendation [DE 34] on Cross Motions for Summary Judgment by Plaintiff, Christine Mary Grove, and Defendant, Commissioner of the Social Security Administration [DE 23 and DE 24, respectively]. No objections have been filed. In her thorough and well-reasoned Report and Recommendation, Magistrate Judge Valle recommends that Plaintiff's Motion for Summary Judgment [DE 23] be denied, that Defendant's Motion for Summary Judgment [DE 24] be granted, and that the ALJ's Decision be affirmed.

The Court has considered the Report and Recommendation, conducted a de novo review, and noted no objections have been filed. Accordingly, it is

    **ORDERED** that:

1. Judge Valle's Report and Recommendation [DE 34] is **AFFIRMED** and **ADOPTED** as the Order of this Court.

2. Plaintiff's Motion for Summary Judgment [DE 23] is **DENIED**.

3. Defendant's Motion for Summary Judgment [DE 24] is **GRANTED**.

4. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 20th day of January, 2026.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   counsel of record